UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL TESTANI,<br><br>           Plaintiff,<br><br>   v.<br><br>RYAN MCINERNEY, et al.,<br><br>           Defendants. | Case No. 25-cv-02213-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Noel Wise for consideration of whether the case is related to *Cai v. Visa Inc.,* 24-cv-08220-NW.

**IT IS SO ORDERED.**

Dated: March 12, 2025

                                                THOMAS S. HIXSON<br>                                                United States Magistrate Judge